UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE FROST, | 1:19-CV-10469 (CM) |
| Plaintiff, | 1:19-CV-10921 (CM) |
| -against- | 1:19-CV-10987 (CM) |
| CITY OF NEW YORK (HRA), et al., | ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651 |
| Defendants. | |
| YVONNE FROST, | |
| Plaintiff, | |
| -against- | |
| CVR ASSOCIATES INC., et al., | |
| Defendants. | |
| YVONNE FROST, | |
| Plaintiff, | |
| -against- | |
| CITY HALL, et al., | |
| Defendants. | |

COLLEEN McMAHON, Chief United States District Judge:

In an order dated November 7, 2019, and entered the next day, the Court barred Plaintiff from filing any new civil action in this Court *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019). On November 8, 25, and 26, 2019, Plaintiff filed these new *pro se* civil actions in which she seeks to proceed IFP.[1] But she has not sought leave from the Court to file

---

[1] Under Rule 5.2(a)(3) of the Federal Rules of Civil Procedure, any references to a minor's name in a Court submission must be limited to the minor's initials. In her complaint in *Frost v. CVR Assocs. Inc.*, ECF 1:19-CV-10921, 2, Plaintiff refers to individuals that may be

any of these actions. The Court therefore dismisses these actions without prejudice for Plaintiff's failure to comply with the November 7, 2019 order in *Frost*, ECF 1:19-CV-8936, 6.

The Court directs the Clerk of Court to assign these matters to my docket and note service on the docket. In each of these actions, Plaintiff has consented to electronic service of Court documents. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  December 23, 2019
         New York, New York

                                                  COLLEEN McMAHON
                                                 Chief United States District Judge

---

minors by their full names. In an abundance of caution, the Court has directed the Clerk of Court to restrict electronic access to that complaint to a "case participant-only" basis.