UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE FROST,<br><br>                Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK (HRA), et al.,<br><br>                Defendants. | 1:19-CV-10469 (CM)<br><br>1:19-CV-10921 (CM)<br><br>1:19-CV-10987 (CM)<br><br>CIVIL JUDGMENT |
| YVONNE FROST,<br><br>                Plaintiff,<br><br>-against-<br><br>CVR ASSOCIATES INC., et al.,<br><br>                Defendants. | |
| YVONNE FROST,<br><br>                Plaintiff,<br><br>-against-<br><br>CITY HALL, et al.,<br><br>                Defendants. | |

Pursuant to the order issued December 23, 2019, dismissing these actions without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that under the November 7, 2019 order in *Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6, these actions are dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket.

Dated: December 23, 2019
       New York, New York

                                              COLLEEN McMAHON
                                        Chief United States District Judge